

**ATTORNEYS AT LAW**

**Jakob B. Halpern**
**(973) 622-8394**
jbh@saiber.com

February 13, 2019

**BY ECF & FEDERAL EXPRESS**
Honorable Mark Falk, U.S.M.J.
**Frank R. Lautenberg U.S.P.O.**
  **& Courthouse Building**
One Federal Square – Room 457
Newark, New Jersey 07101

      **Re:** *Z.P. v. Yale University, et al.*
           **Civil Action No. 18-15703 (WJM) (MF)**

Dear Judge Falk:

    Our firm represents defendants Yale University, Yale-New Haven Hospital, Peter Salovey, Paul Genecin and Lorraine Siggins (collectively "Defendants") in this matter.

    We write on behalf of Defendants to respectfully request that the Court enter the enclosed proposed Consent Order adjourning the deadlines for each of the above defendants to answer, move or otherwise respond to the Complaint to a consolidated answer date of April 22, 2019. Plaintiff has no objection to and instead has consented to this relief and to the proposed Order, and has authorized us to represent same to the Court.

    Good cause exists for the requested relief. The above defendants currently have three different deadlines to respond to the Complaint,[1] and consolidating to a single deadline will permit them to submit a single response and for the case to move forward more efficiently, while also affording them additional time to investigate and respond to Plaintiff's allegations.

    For these reasons, Defendants respectfully request that Your Honor enter the enclosed Consent Order and have it filed with the Clerk of Court. We thank the Court for its consideration and assistance.

                                           Respectfully submitted,

                                           Jakob B. Halpern

Enclosure
c:    Robert J. De Groot, Esq. [w/encl., by ECF & email]

---

[1] Additionally, we understand that defendant Jonathan Holloway has not yet been served with the Complaint.

Saiber LLC · 18 Columbia Turnpike, Suite 200 · Florham Park, New Jersey · 07932-2266 · Tel 973.622.3333 · Fax 973.622.3349 · www.saiber.com
Florham Park · Newark · New York · Philadelphia