UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Z.P.,<br><br>        Plaintiff,<br><br>  v.<br><br>YALE UNIVERSITY, YALE-NEW HAVEN HOSPITAL, PETER SALOVEY, DR. PAUL GENECIN, DR. LORRAINE SIGGINS, JONATHAN HOLLOWAY, JOHN DOES 1-3 and JANE DOES 1-3,<br><br>        Defendants. | Civil Action No. 18-15703 (WJM) (MF)<br><br>**CONSENT ORDER ADJOURNING DEFENDANTS YALE UNIVERSITY, YALE-NEW HAVEN HOSPITAL, PETER SALOVEY, DR. PAUL GENECIN AND DR. LORRAINE SIGGINS'S DEADLINES TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*DOCUMENT FILED ELECTRONICALLY* |

**THIS MATTER** having been opened to the Court by Saiber LLC, counsel for Yale University, Yale-New Haven Hospital, Peter Salovey, Paul Genecin and Lorraine Siggins (collectively "Defendants"), on notice to all counsel, seeking extensions of time for the Defendants to answer, move or otherwise respond to Plaintiff's Complaint until April 22, 2019; and the Court having considered Defendants' February 13, 2019 letter application in support thereof; and Defendants' letter application having reported to the Court that Plaintiff has no objection and has consented to the requested extensions and the submitted form of Order; and the Court having considered the status of the proceedings; and for other and good cause having been shown,

       **IT IS** on this _____ day of _____, 2019, hereby

**ORDERED** that the deadline by which defendants Yale University, Yale-New Haven Hospital, Peter Salovey, Paul Genecin and Lorraine Siggins may answer, move or otherwise respond to Plaintiff's Complaint be and is hereby adjourned to April 22, 2019.

```
_____
```
**HONORABLE MARK FALK**
**UNITED STATES MAGISTRATE JUDGE**