UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Z.P.,<br><br>  Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, YALE-NEW HAVEN HOSPITAL, PETER SALOVEY, DR. PAUL GENECIN, DR. LORRAINE SIGGINS, JONATHAN HOLLOWAY, JOHN DOES 1-3 and JANE DOES 1-3,<br><br>  Defendants. | Civil Action No. 18-15703 (WJM) (MF)<br><br>**CONSENT ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**<br><br>*DOCUMENT FILED ELECTRONICALLY* |

**THIS MATTER** having been opened to the Court by Saiber LLC, counsel for Yale University, Yale-New Haven Hospital, Peter Salovey, Paul Genecin, Lorraine Siggins and Jonathan Holloway (collectively "Defendants"), on notice to all counsel, seeking to transfer the venue of this action from the United States District Court for the District of New Jersey to the United States District Court for the District of Connecticut; and the Court having considered Defendants' January 25, 2019 letter application in support thereof and that letter having reported to the Court that Plaintiff has consented to the transfer of this matter and the form of Order herein; and the Court having considered the status of the proceedings; and the Court having found that transfer of this matter under 28 U.S.C. § 1404(a) is appropriate; and for other and good cause having been shown,

**IT IS** on this _25_ day of _February_, 2019, hereby

**ORDERED** that the matter pending before this Court, Civil Action No. 18-15703 (WJM) (MF), be and hereby is transferred to the United States District Court for the District of Connecticut; and it is further

1

**ORDERED** that the Clerk of the United States District Court for the District of New Jersey take all necessary steps to complete the transfer of this action pursuant to this Order.

HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE