# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:18−cv−15703−WJM−MF

Z.P. v. YALE UNIVERSITY et als  
Assigned to: Judge William J. Martini  
Referred to: Magistrate Judge Mark Falk  
Cause: 42:405 Fair Housing Act  

Date Filed: 11/05/2018  
Jury Demand: Plaintiff  
Nature of Suit: 443 Civil Rights: Accommodations  
Jurisdiction: Federal Question  

**Plaintiff**

**Z.P.**　　　　　　　　　　　　represented by　**ROBERT J. DEGROOT**  
60 PARK PLACE  
NEWARK, NJ 07102  
(973)643−1930  
Email: robertjdegroot@aol.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**YALE UNIVERSITY**　　　　　　represented by　**WILLIAM F. MADERER**  
SAIBER LLC  
18 COLUMBIA TURNPIKE, SUITE 200  
FLORHAM PARK, NJ 07932−2266  
(973) 622−3333  
Fax: (973) 622−3349  
Email: wfm@saiber.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**JAKOB BENJAMIN HALPERN**  
SAIBER LLC  
ONE GATEWAY CENTER  
10TH FLOOR  
NEWARK, NJ 07102−5311  
(973) 622−3333  
Email: jbh@saiber.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**YALE−NEW HAVEN HOSPITAL**　　represented by　**WILLIAM F. MADERER**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**JAKOB BENJAMIN HALPERN**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **PETER SALOVEY** | represented by | **WILLIAM F. MADERER** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **JAKOB BENJAMIN HALPERN** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **DR. PAUL GENECIN** | represented by | **WILLIAM F. MADERER** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **JAKOB BENJAMIN HALPERN** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **DR. LORRAINE SIGGINS** | represented by | **WILLIAM F. MADERER** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **JAKOB BENJAMIN HALPERN** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **JONATHAN HOLLOWAY** | represented by | **WILLIAM F. MADERER** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **JAKOB BENJAMIN HALPERN** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

**JOHN DOES 1–3**

**Defendant**

**JANE DOES 1–3**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2018 | Ï 1 | COMPLAINT against YALE UNIVERSITY, YALE– NEW HAVEN HOSPITAL, PETER SALOVEY, PAUL GENECIN, LORRAINE SIGGINS, JONATHAN HOLLOWAY ( Filing and Admin fee $ 400 receipt number 0312–9150308) with JURY DEMAND, filed by |

| | | |
|---|---|---|
| | | Z.P..(DEGROOT, ROBERT). (Entered: 11/05/2018) |
| 11/05/2018 | Ï | Case Assigned to Judge William J. Martini and Magistrate Judge Mark Falk. (ak, ) (Entered: 11/06/2018) |
| 11/06/2018 | Ï | CLERK'S QUALITY CONTROL MESSAGE – The case you electronically filed has been processed, however, the following deficiencies were found: Party Information should always be done in the upper case format, . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (ld, ) (Entered: 11/06/2018) |
| 11/06/2018 | Ï 2 | SUMMONS ISSUED as to PAUL GENECIN, JONATHAN HOLLOWAY, PETER SALOVEY, LORRAINE SIGGINS, YALE UNIVERSITY, YALE–NEW HAVEN HOSPITAL. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (ld, ) (Entered: 11/06/2018) |
| 01/30/2019 | Ï 3 | NOTICE of Appearance by WILLIAM F. MADERER on behalf of PAUL GENECIN, JONATHAN HOLLOWAY, PETER SALOVEY, LORRAINE SIGGINS, YALE UNIVERSITY, YALE–NEW HAVEN HOSPITAL (MADERER, WILLIAM) (Entered: 01/30/2019) |
| 01/30/2019 | Ï 4 | NOTICE of Appearance by JAKOB BENJAMIN HALPERN on behalf of PAUL GENECIN, JONATHAN HOLLOWAY, PETER SALOVEY, LORRAINE SIGGINS, YALE UNIVERSITY, YALE–NEW HAVEN HOSPITAL (HALPERN, JAKOB) (Entered: 01/30/2019) |
| 01/30/2019 | Ï 5 | Application and Proposed Order for Clerk's Order to extend time to answer as to defendants Yale University and Yale–New Haven Hospital.. (Attachments: # 1 Certificate of Service)(HALPERN, JAKOB) (Entered: 01/30/2019) |
| 01/30/2019 | Ï | Clerk`s Text Order – The document submitted by YALE UNIVERSITY, answer due date 2/22/2019; YALE–NEW HAVEN HOSPITAL, answer due date 2/26/2019 has been GRANTED. (sm) (Entered: 01/30/2019) |
| 02/05/2019 | Ï 6 | SUMMONS Returned Executed by Z.P.. PETER SALOVEY served on 1/18/2019, answer due 2/8/2019. (DEGROOT, ROBERT) (Entered: 02/05/2019) |
| 02/05/2019 | Ï 7 | SUMMONS Returned Executed by Z.P.. PAUL GENECIN served on 1/18/2019, answer due 2/8/2019. (DEGROOT, ROBERT) (Entered: 02/05/2019) |
| 02/05/2019 | Ï 8 | SUMMONS Returned Executed by Z.P.. LORRAINE SIGGINS served on 1/18/2019, answer due 2/8/2019. (DEGROOT, ROBERT) (Entered: 02/05/2019) |
| 02/05/2019 | Ï 9 | SUMMONS Returned Executed by Z.P.. YALE UNIVERSITY served on 1/18/2019, answer due 2/22/2019. (DEGROOT, ROBERT) (Entered: 02/05/2019) |
| 02/05/2019 | ï 10 | SUMMONS Returned Executed by Z.P.. YALE–NEW HAVEN HOSPITAL served on 1/22/2019, answer due 2/26/2019. (DEGROOT, ROBERT) (Entered: 02/05/2019) |
| 02/05/2019 | ï 11 | SUMMONS Returned Executed by Z.P.. (DEGROOT, ROBERT) (Entered: 02/05/2019) |
| 02/13/2019 | ï 12 | Letter from defendants Yale University, Yale–New Haven Hospital, Peter Salovey, Paul Genecin and Lorraine Siggins to Magistrate Judge Falk. (Attachments: # 1 Text of Proposed Order)(HALPERN, JAKOB) (Entered: 02/13/2019) |
| 02/14/2019 | ï 13 | CONSENT ORDER that the deadline by which defendants Yale University, Yale–New Haven Hospital, Peter Salovey, Paul Genecin and Lorrain Siggins may answer, move or otherwise respond to Plaintiff's Complaint is adjourned to 4/22/2019. Signed by Magistrate Judge Mark Falk on 2/14/2019. (sm) (Entered: 02/15/2019) |

| | | |
|---|---|---|
| 02/15/2019 | ï | Answer Due Deadline Update – The document submitted by PETER SALOVEY, PAUL GENECIN, LORRAINE SIGGINS, YALE UNIVERSITY, YALE–NEW HAVEN HOSPITAL has been GRANTED. The answer due date has been set for 4/22/2019. (sm) (Entered: 02/15/2019) |
| 02/19/2019 | ï 14 | Letter from Defendants to District Judge Martini. (Attachments: # 1 Text of Proposed Order)(HALPERN, JAKOB) (Entered: 02/19/2019) |
| 02/25/2019 | ï 15 | CONSENT ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT that Civil Action No. 18–15703 (WJM) (MF) is transferred to the United States district of Connecticut; the Clerk of the U.S. District Court for the District of New Jersey take all necessary steps to complete the transfer of this action pursuant to this Order. Signed by Judge William J. Martini on 2/25/2019. (sm) (Entered: 02/27/2019) |