UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Z.P().<br>PLAINTIFF | : <br> : <br> : <br> : | CIVIL ACTION <br> NO. 3:19-cv-00315-WWE |
| v. | : <br> : <br> : | |
| YALE UNIVERSITY,<br>YALE-NEW HAVEN HOSPITAL, et al<br><br>DEFENDANTS | : <br> : <br> : <br> : <br> : <br> : | APRIL 22, 2019 |

## **MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendants, Yale University, Yale-New Haven Hospital, Peter Salovey, Jonathan Holloway, Dr. Paul Genecin, and Dr. Lorraine Siggins, hereby move to dismiss Counts I, IV, and VI in their entirety; Count II as to the individual defendants; Count III as to Yale New Haven Hospital, Dr. Paul Genecin, and Dr. Lorraine Siggins; Count V as to Yale University, Peter Salovey, Jonathan Holloway, and Dr. Paul Genecin; the request for punitive damages in relation to Counts II, IV, V, and VI; and the request for attorney's fees in relation to all counts.  The accompanying memorandum of law supports this motion.

THE DEFENDANTS

BY:     /s/ Patrick M. Noonan (#ct00189)
Patrick M. Noonan
Shannon K. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
Telephone:     (203) 458-9168
Fax:               (203) 458-4424
Email:            pnoonan@ddnctlaw.com

## **CERTIFICATION**

  I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                _____/s/_____
                    Patrick M. Noonan