# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | | |
|---|---|---|---|
| **Z.P** | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | **3:19-cv-00315-WWE** |
| **Yale University et. al** | ) | | |
| *Defendant* | ) | | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Z.P**

Date: **May 7, 2019**

*Attorney's signature*

**Daniel A Silver 06183**
*Printed name and bar number*

**1 Liberty Sq. New Britain Ct 06051**
*Address*

**Daniel @lawsilver.com**
*E-mail address*

**860-225-3518**
*Telephone number*

**860-348-0612**
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on  May 8, 2019 , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*   Daniel A. Silva