LAW OFFICES OF
# ROBERT J. DeGROOT
Attorneys At Law

Robert J. DeGroot
NJ Bar #282351972
NY Bar #2921633

Oleg Nekritin
NJ Bar #018752009
NY Bar #4855789

June 6, 2019

Hon. Warren W. Eginton,
Senior United States District Court Judge
for the District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard
2nd Floor Annex
Bridgeport, Connecticut 06604

      Re: Z.P. vs. Yale University
      Civil Action No.: 3:19-cv-00315

Dear Judge Eginton:

    I represent the Plaintiff in the above captioned matter. The Defendants filed a 12 (b) (6) motion to dismiss the Complaint for failure to state a cause of action on April 22, 2019. This firm was admitted *pro hac vice* to represent the Plaintiff on May 9, 2019. I neglected to see the Defendants' motion to dismiss on the ECF docket sheet until yesterday and I do not believe I was served with a hard copy of the motion. With the consent of my adversary, I respectfully request that the Court permit the Plaintiff to file an opposition to the 12 (b) (6) motion on or by June 21, 2019.

    I thank the Court for its consideration of this request.

                                          Respectfully submitted,

                                          Robert J. De Groot, Esq.

cc:  Patrick Noonan, Esq.