Robert J. De Groot, Esq.
60 Park Pl.
Newark, N.J. 07102
Attorney for Plaintiff
(973) 643-1930
Admitted *Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
Z.P.,                          :    Civil Action
                               :    No.: 3:19-cv-00315
          Plaintiff,           :
                               :
vs.                            :
                               :    NOTICE OF APPEARANCE
YALE UNIVERSITY,               :
YALE-NEW HAVEN HOSPITAL,       :
PETER SALOVEY,                 :
JONATHAN HOLLOWAY,             :
DR. PAUL GENECIN,              :
DR. LORRAINE SIGGINS,          :
JOHN DOES, 1-3                 :
JANE DOES 1-3,                 :
                               :
          Defendants.          :
                               :
-------------------------------x
```

    Robert J. De Groot, Esq., hereby enters an Appearance on behalf of the Plaintiff as counsel *pro hac vice.*

                                        Robert J. De Groot, Esq.
                                        60 Park Pl.
                                        Newark, N.J. 07102
                                        Attorney for Plaintiff
                                        Robertjdegroot@aol.com

Date: June 6, 2019