LAW OFFICES OF

# ROBERT J. DeGROOT

Attorneys At Law

Robert J. DeGroot
NJ Bar #282351972
NY Bar #2921633

Oleg Nekritin
NJ Bar #018752009
NY Bar #4855789

June 24, 2019

Hon. Warren W. Eginton
Senior United States District Court Judge
For the District of Connecticut
Brian McMahon Federal Building
915 Lafayette Boulevard
2nd Floor Annex
Bridgeport, CT 06604

    Re: Z.P. vs. Yale University
    Case No.: 3:19-cv-00315-WWE

Dear Judge Eginton:

    This firm represents the Plaintiff in the above captioned matter. With the Defendant's consent, I respectfully request that the Court adjourn the due date for the response to the Plaintiff's 12 (b) (6) motion to this Friday. Unfortunately, I had numerous matters that required court appearances and various paper submissions the last two weeks that precluded me from timely filing a brief in response to the motion.

    I thank the Court for its attention to this request.

                                  Respectfully submitted,

                                  Robert J. De Groot, Esq.

cc: Patrick Noonan, Esq.