## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Z.P. | : | CIVIL ACTION |
| PLAINTIFF | : | NO. 3:19-cv-00315-WWE |
| | : | |
| v. | : | |
| | : | |
| | : | |
| YALE UNIVERSITY, | : | JULY 5, 2019 |
| YALE-NEW HAVEN HOSPITAL, et al | : | |
| | : | |
| | : | |
| DEFENDANTS | : | |
| | : | |

## MOTION FOR EXTENSION OF TIME

The defendants hereby move, pursuant to Local Civil Rule 7(b) for a 10-day extension of time, up to and including July 18, 2018, to file a response to the plaintiff's Memorandum in Opposition to the Motion to Dismiss. This extension is necessary to research the facts and law necessary to frame a proper response to the Memorandum in Opposition to the Motion to Dismiss. Plaintiff's counsel has indicated that he has no objection to the granting of this motion. This is the first such request for an extension of time.

WHEREFORE, the defendants respectfully request that the Court grant this Motion for Extension of Time.

THE DEFENDANTS

BY: ___/s/ Patrick M. Noonan (#ct00189)
      Patrick M. Noonan
      Shannon K. Noonan

Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
Telephone:	(203) 458-9168
Fax:	(203) 458-4424
Email:	pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan