## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Z.P. | : | CIVIL ACTION |
| | : | NO. 3:19-cv-00315-DJS |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY, | : | |
| YALE-NEW HAVEN HOSPITAL, | : | |
| PETER SALOVEY, | : | |
| JONATHAN HOLLOWAY, | : | |
| DR. LORRAINE SIGGINS, | : | |
| JOHN DOES 1-3, | : | |
| JANE DOES 1-3, | : | |
| | : | DECEMBER 4, 2019 |
| DEFENDANTS | : | |

## **MOTION FOR EXTENSION OF TIME**

The defendants hereby move, pursuant to Local Civil Rule 7(b) for a one-week extension of time, up to and including December 11, 2019, to file a response to the plaintiff's Amended Complaint filed on November 13, 2019. Counsel for the defense requires additional time to properly prepare a response. Counsel for the plaintiff has no objection to the motion sought. This is the first such request for an extension of time.

WHEREFORE, the defendants respectfully request that the Court grant this Motion for Extension of Time.

        THE DEFENDANTS,

        BY:   /s/ Patrick M. Noonan (#ct00189)
        Patrick M. Noonan
        Shannon K. Noonan
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        (203) 458-9168
        pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan