LAW OFFICES OF
# ROBERT J. DeGROOT
Attorneys At Law

Robert J. DeGroot
NJ Bar #282351972
NY Bar #2921633

Oleg Nekritin
NJ Bar #018752009
NY Bar #4855789

February 12, 2020

Hon. Dominic J. Squatrito, U.S.D.C.J.
United States Courthouse
450 Main Street - Suite 108
Hartford, Connecticut 06103

    Re: Z.P. vs Yale University, et. al.
    Case Number: 3:19-cv-00315

Dear Judge Squatrito:

    This firm represents the Plaintiff in the above captioned matter. Pursuant to the court's order, we submit this letter as a status report concerning discovery. The Defendant has already provided to the Plaintiff her medical records. The parties will exchange their initial disclosures within three weeks. The parties have agreed on the deposition dates for various family members of the Plaintiff. The Plaintiff is expected to be deposed in May when she returns home from overseas. We are awaiting for the Plaintiff to purchase airline tickets within the next few days so that we can confirm her deposition date. Plaintiff's counsel will review the initial disclosures prior to deciding which agents/representatives of the Defendants that he will seek to depose.

    This matter was initially before the New Jersey District Court and transferred to the District Court of Connecticut. The Defendant filed a motion to dismiss various counts. The parties awaited the court's decision prior to commencing discovery due to the nature of this matter being dependent on which causes of action survived the Defendant's motion. There was also an amended complaint filed in November after the Court's ruling on the motion and an Answer filed in December.

    The parties aim to diligently and quickly complete discovery and thank the Court for its attention to this matter.

                                     Respectfully submitted,

                                     Robert J. De Groot, Esq.

cc: Peter M. Noonan, Esq.