UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| Z.P. | : | CIVIL ACTION |
|  | : | NO. 3:19-cv-00315-DJS |
| PLAINTIFF | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| YALE UNIVERSITY, | : |  |
| YALE-NEW HAVEN HOSPITAL, | : |  |
| PETER SALOVEY, | : |  |
| JONATHAN HOLLOWAY, | : | : |
| DR. LORRAINE SIGGINS, | : |  |
| JOHN DOES 1-3, | : |  |
| JANE DOES 1-3, | : |  |
|  | : | AUGUST 12, 2020 |
| DEFENDANTS | : |  |
|  | : |  |

**JOINT MOTION FOR POSTPONEMENT OF CASE MANAGEMENT PLAN**

The plaintiff and defendants jointly request that the Court grant a four (4) month extension of all matters governed by the Court's current Case Management Plan. The reason for this request is that because the plaintiff has been overseas in Japan since the commencement of this action and has not been able to return home due to the Covid crisis, and because the plaintiff's current location complicates the conducting of a zoom deposition due to the twelve (12) hour time differential, the defendants have not been able to depose the plaintiff. The specific requested changes in the Case Management Plan are as follows:

| EVENT | CURRENT SCHEDULE | PROPOSED SCHEDULE |
|---|---|---|
| Completion of Discovery | August 14, 2020 | December 14, 2020 |
| Dispositive Motions | September 14, 2020 | January 13, 2021 |
| Joint Trial Memorandum | September 14, 2020 | January 13, 2021 |
| Trial Ready | October 6, 2020 | February 4, 2021 |
| Conference with Court | August 17, 2020 | December 14, 2020 |
| Status Report | August 24, 2020 | November 24, 2020 |

**THE PLAINTIFF, Z.P.**

_____/s/_____
Robert J. DeGroot (Pro Hac Vice)
60 Park Pl.
Newark, N.J. 07102
Telephone: 973-643-1930
Facsimile:  973-643-7231
Email: robertjdegroot@aol.com


**THE DEFENDANTS,**
**YALE UNIVERSITY,**
**YALE-NEW HAVEN HOSPITAL,**
**PETER SALOVEY, JONATHAN HOLLOWAY, AND**
**DR. LORRAINE SIGGINS**

_____/s/_____
BY:  Patrick M. Noonan (#ct00189)
Kristianna Tyler, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424
Email: pnoonan@ddnctlaw.com


## CERTIFICATION

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


              _____/s/_____
                    Patrick M. Noonan