UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Z.P. | : | CIVIL ACTION |
| | : | NO. 3:19-cv-00315-CSH |
| **PLAINTIFF** | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| YALE-NEW HAVEN HOSPITAL, | : | |
| PETER SALOVEY, | : | |
| JONATHAN HOLLOWAY, | : | December 11, 2020 |
| DR. LORRAINE SIGGINS, | : | |
| JOHN DOES 1-3, | : | |
| JANE DOES 1-3, | : | |
| | : | |
| **DEFENDANTS** | : | |
| | : | |

**JOINT REQUEST FOR NEW SCHEDULING ORDER**

The parties hereby request the court to grant a revised scheduling order in this matter because critical discovery from the plaintiff was not received until several days ago. The complaint alleges that the plaintiff continues to experience pain and suffering resulting from the defendants' decision to require her withdrawal from school after she was hospitalized pursuant to a Physician's Emergency Certificate in November, 2016. She was hospitalized for 12 days and was required to be withdrawn from campus for the remainder of the Fall, 2016 semester and the Spring, 2017 semester. she was reinstated to the university for the Fall, 2017 semester. She completed her course work by the end of the Fall, 2017 semester, six months after her original anticipated graduation date of May, 2017.

The plaintiff filed this action in November, 2018 seeking to recover damages for the alleged lost earnings and emotional distress associated with the defendants' decision to withdraw her from the university following her hospitalization. Given the damage claims, the plaintiff's mental health and earnings records are critical to the discovery in this case, and particularly, to the defendants' preparation for the deposition of not only the plaintiff herself, but of her family members, who

1

became intimately involved with the withdrawal process of the plaintiff from the university in 2016.

Discovery requests were propounded to the plaintiff on July 2, 2020, and the plaintiff submitted a partial response on October 23, 2020. However, due to the fact that the plaintiff is now living in Tokyo, Japan and has been treating with a therapist there, the plaintiff encountered significant difficulty obtaining her medical records from her Japanese mental health care provider.

The plaintiff also alleges that she suffered economic damages resulting from the delay in finishing school and commencing her career. Due to the fact that her employment has been in Japan, the plaintiff also encountered difficulty obtaining her employment records. Those records have now been provided.

The defendants have been unable to move forward with the depositions of the plaintiff and her family without a full review of the health care, income and taxation records since they go directly to the only damages alleged by the plaintiff. Therefore, the parties respectfully request that the scheduling order be amended to provide additional time in which to complete the discovery required in this matter, in accordance with the following schedule:

| ACTION | DATE DUE | DATE REQUESTED |
|---|---|---|
| Status Report Filed | November 24, 2020 | November 24, 2020 |
| All discovery completed, included expert reports and depositions: | December 14, 2020 | March 30, 2021 |
| Schedule Telephone Conference with Court | December 21, 2020 | Week of April 5, 2021 |
| Dispositive Motions Filed, or Joint Trial Memorandum | January 13, 2021 | June 15, 2021 |
| Trial Ready | February, 2021 | July 15, 2021 |

**THE DEFENDANTS,**
**YALE UNIVERSITY,**
**YALE-NEW HAVEN HOSPITAL,**
**PETER SALOVEY, JONATHAN HOLLOWAY,**
**AND DR. LORRAINE SIGGINS**

BY: _____/s/_____
Patrick M. Noonan (#ct00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
pnoonan@ddnctlaw.com

**THE PLANTIFF,**
**Z.P.**

BY: _____/s/_____
Robert J. De Groot (Pro Hac Vice)
60 Park Pl.
Newark, NJ  07102
(973) 643-1930
robertjdegroot@aol.com

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan