Robert J. DeGroot, Esq. (Appearing *Pro Hac Vice*)
60 Park Pl.
Newark, N.J. 07102
Attorney for Plaintiff
(973) 643-1930

**IN THE UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT**

------------------------------x
:
Z.P.,                         : **STIPULATION OF DISMISSAL WITH**
                              : **PREJUDICE**
        Plaintiff,            :
                              :
vs.                           :
                              :
                              :
YALE UNIVERSITY,              :
YALE-NEW HAVEN HOSPITAL,      :
PETER SALOVEY,                :
JONATHAN HOLLOWAY,            :
OR LORRAINE SIGGINS,          :
JOHN DOES 1-3,                :
JANE DOES 1-3                 :
                              :
        Defendant.            :
                              :
------------------------------x

This matter having been resolved by the Robert J. De Groot, Esq., and Oleg Nekritin, Esq., counsel to the Plaintiff, Z.P., and Patrick Noonan, Esq., of Donahue, Durham & Noonan, P.C., counsel to the Defendants Yale University, Yale-New Haven Hospital, Peter Salovey, Jonathan Holloway, Lorraine Siggins, and it is hereby stipulated and agreed that the Plaintiff's Complaint in the above action is hereby dismissed with prejudice and without costs to the parties.

                     By: Robert J. De Groot, Esq.
                             60 Park Pl.
                             Newark, N.J. 07102
                             Attorney for Plaintiff
                             (973) 643-1930

Date: 3/30/21

                     By: Patrick Noonan, Esq.
                         Donahue, Durham & Noonan, P.C.
                         741 Boston Post Road
                         Guilford, CT  06437

Date: 3/30/21

## CERTIFICATION

  I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*Patrick M. Noonan*
Patrick M. Noonan